IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-00341-LTB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     ADAM S. BLACK,

     Defendant.

---

## ORDER

---

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand

Jury Material, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I) (Doc 10 – filed September 10, 2015).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court

finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the Government's motion is granted, and that Grand Jury testimony and

Grand Jury exhibits may be disclosed to the Defendant and Defendant's attorney in the course of

discovery in this case.   It is further

ORDERED that such materials shall only be used in defending this case; that such

materials shall be disclosed only to the Defendant and counsel for the Defendant; that the

Defendant's attorney shall maintain custody of such materials, and shall not reproduce or

disseminate the same; and that such materials shall be returned to the United States at the end of

the case.

DATED this   11th   day of September, 2015.

BY THE COURT:


 s/Lewis T. Babcock
JUDGE LEWIS T. BABCOCK
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO