**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK**

**COURTROOM MINUTES**

_____

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Buchanan | Date: | February 18, 2016 |
| Court Reporter: | Darlene Martinez | Probation: | Gary Burney |

_____

Criminal Action No. 15-cr-00341-LTB          <u>Counsel:</u>

UNITED STATES OF AMERICA,                   Tim Neff

    Plaintiff,

v.

1. ADAM S. BLACK,                           Matthew Belcher

    Defendant.

_____

**SENTENCING**
_____

9:00 a.m.     Court in Session.

Defendant is present and on bond.

> Defendant plead guilty to Count 7 of the Indictment on November 17, 2015.

Statement by Defendant.

**ORDERED**: Defendant's Motion for Variant Sentence (Doc. No. 27) is **GRANTED**.

**ORDERED**: Government's Motion to Dismiss Remaining Counts of the Indictment (Doc. No. 31) is **GRANTED**.

**ORDERED**: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant, Adam S. Black, is hereby placed on probation for a

        term of 5 years.

**ORDERED**: Mandatory Conditions of Probation:
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions as adopted by the Court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance.
- (X) Mandatory drug testing provisions of 18 U.S.C. §§ 3563(a) or 3583(d) are waived because the presentence report indicates a low risk of future substance abuse by Defendant.
- (X) Defendant will cooperate in the collection of DNA as directed by the probation officer.
- (X) Defendant shall pay in accordance with the Schedule of Payments sheet set forth in the judgment.

**SPECIAL CONDITIONS** of Probation:
- (X) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (X) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.
- (X) If the defendant has an outstanding financial obligation, the probation office may share any financial or employment documentation relevant to the defendant with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.
- (X) The defendant shall document all income and compensation generated or received from any source and shall provide such information to the probation officer as requested.
- (X) All employment for the defendant shall be approved in advance by the supervising probation officer.

**ORDERED**: Defendant shall pay a special assessment of $100 which is due and payable immediately.

**ORDERED**: No fine is imposed because defendant has no ability to pay a fine.

**ORDERED**: Defendant shall make restitution to Victim:

    United States Air Force, in the amount of $72,737

Court finds that the defendant does not have the ability to pay interest and waives the interest requirement for the restitution.

**ORDERED**:   The special assessment shall be due immediately. The balance of the monetary obligations shall be paid in monthly installments calculated as at least 10 percent of the defendant's gross monthly income.

Defendant advised of his limited appeal rights.

9:15 a.m.     Court in Recess.
Hearing concluded.
Time:  00:15