IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-00341-LTB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.    ADAM S. BLACK,

     Defendant.

---

**ORDER TO DISMISS THE REMAINING COUNTS
OF THE INDICTMENT
(Doc. No. 31)**

---

Upon consideration of the Government's Motion to Dismiss the Remaining Counts of the Indictment as to Defendant Adam S. Black, and for good cause shown, it is hereby

ORDERED that other than Count 7, to which the Defendant has pled guilty, all remaining Counts in the Indictment are dismissed as to the Defendant.

DONE AND ORDERED this ___18th___ day of February, 2016.

BY THE COURT:


 s/Lewis T. Babcock_____
SENIOR JUDGE LEWIS T. BABCOCK
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO